FILED
CLERK, U.S. DISTRICT COURT

AUG 26 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JATON JUNIOR AGUON,

Defendant.

Case No.  ED 22-MJ-500

ORDER OF DETENTION

I.

On August 23, 2022, Defendant made his initial appearance – by consent to video teleconference - on the criminal complaint filed in this matter. Deputy Federal Public Defender Nadine Hettle was appointed to represent Defendant. At Defendant's request, the detention hearing was continued to August 26, 2022 and took place on that date.

☐    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

considered all the evidence adduced at the hearing including the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒     unverified background information including residence, and employment, and family ties to the Central District of California.

☒     history of failures to appear and violations of parole

☒     unknown bail resources

As to danger to the community:

☒     Allegations in the criminal complaint include serious and repeated threats to harm another.

☒     history of mental health issues

☒     criminal history includes felony convictions for burglary, assault, hit and run, grand theft and violations of parole, in addition to numerous contacts with law enforcement.

☒     outstanding protection order

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

2

for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

The Court orders the Bureau of Prisons to provide a mental health assessment of Defendant and provide the Court with a report no later than September 2, 2022.

Dated: August 26, 2022

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE